FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MICHAEL DERRELL MILAM,

    Plaintiff,

v.

DISCIPLINARY HEARING OFFICER PIERCE, C/O POTTSM C/O JAMES NORED, C/O MATTHEW KOURI, RN SHAWN GANNON, C/O ROBERT SLACK and C/O SHARI HARMON,

    Defendants.

4:19-cv-05013-SAB

**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS**

    By Order filed May 17, 2019, the Court directed Mr. Milam to provide a new application to proceed *in forma pauperis* upon his notification that he was released from incarceration at the Washington State Penitentiary to a residential address in Kent, Washington. ECF No. 12. Plaintiff had presented a *pro se* civil rights complaint and Defendants were not served. In the alternative, the Court instructed Plaintiff to pay the $400.00 fee ($350.00 filing fee, plus $50.00 administrative fee) to commence this action under 28 U.S.C. § 1914.

    Plaintiff did not comply with the Court's directive and has filed nothing further in this action. The Court assumes that Plaintiff has chosen to abandon this litigation.

//

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 1

Therefore, for the reasons set forth above and in the Court's prior Order, **IT IS ORDERED** that this action is **DISMISSED** for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915. **IT IS FURTHER OREDERED** that all pending Motions are **DENIED as moot**.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address and **CLOSE** the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 15th day of August 2019.



Stanley A. Bastian
United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 2